# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALLY D. VILLAVERDE, | |
| *Petitioner*, | 3:10-cv-00347-LRH-RAM |
| vs. | ORDER |
| | |
| GREG SMITH, *et al.* | |
| *Respondents*. | |

Following upon the notice (#10) of conflict by the Federal Public Defender,

IT IS ORDERED that the provisional appointment of the Federal Public Defender as counsel hereby is WITHDRAWN and that Mary Lou Wilson, Esq., 337 Marsh Avenue, Reno, NV 89509, (775) 337-0200, a Criminal Justice Act panel attorney in this District, is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. The Court will screen any amended petition filed prior to ordering further action in the case.

In addition to serving counsel, including former counsel for petitioner, the Clerk shall send a copy of this order to the CJA Coordinator for this Division and to the petitioner himself.

DATED this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE