# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SALLY D. VILLAVERDE,

    *Petitioner*,

vs.

GREG SMITH, *et al.*

    *Respondents*.

3:10-cv-00347-LRH-WGC

ORDER

    Petitioner's motion (#26) for an extension of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including May 1, 2012.

    DATED this 11th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE