UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALLY D. VILLAVERDE,<br><br>　　　　　　　Petitioner,<br>　v.<br>GREG SMITH, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:10-cv-00347-MMD-WGC<br><br>ORDER |

On March 28, 2016, this Court denied Sally D. Villaverde's ("Petitioner") *pro se* 28 U.S.C. § 2254 petition for writ of habeas corpus, and entered judgment (ECF Nos. 70, 71). Petitioner filed a notice of appeal with the Ninth Circuit Court of Appeals, which denied Petitioner a certificate of appealability on August 26, 2016 (ECF No. 74). The United States Supreme Court denied Petitioner's petition for writ of certiorari on May 2, 2017, and denied his petition for rehearing on October 5, 2017 (ECF Nos. 77, 79). On May 9, 2018, Petitioner filed an application to proceed *in forma pauperis* in this Court (ECF No. 86). However, as set forth in detail, this case is closed.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 86) is denied.

It is further ordered that Petitioner must not file any more documents or motions in this closed case.

DATED THIS 15th day of May 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE